UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN DESCHENE and JENNIFER WATSON,

    Plaintiffs,

v.                                          Case No. 8:10-cv-981-T-30TBM

NCO FINANCIAL SYSTEMS, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation to Order of Dismissal With Prejudice (Dkt. #10). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 21, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-981.dismiss 10.wpd